416 P.2d 379

INSTITUTE FOR ESSENTIAL HOUSING, INC., a New Jersey Corporation, Defendant-Cross-Plaintiff and Appellant,

v.

Lawrence E. McKNIGHT, Defendant-Cross-Defendant and Appellee.

No. 7758.

Supreme Court of New Mexico.

April 11, 1966.

Rehearing Denied July 25, 1966.

Boyce & Fettinger, Alamogordo, for appellant.

Frazier, Cusack & Schnedar, Roswell, for appellee.

NOBLE, Justice.

Institute for Essential Housing, Inc. has appealed from a summary judgment dismissing its cross-complaint against Lawrence E. McKnight. The facts are identical with those in Institute for Essential Housing, Inc. v. Keith, 76 N.M. 492, 416 P.2d 157, in which an opinion was filed this day. Upon authority of that decision, this case must be reversed, summary judgment vacated and the trial court directed to proceed further in a manner not inconsistent with the opinion in Institute for Essential Housing, Inc. v. Keith.

It is so ordered.

CARMODY, C. J., and CHAVEZ, J., concur.

PER CURIAM.

The motion for rehearing is denied. The following is in addition to the opinion heretofore filed.

OPINION ON REHEARING

NOBLE, Justice.

The question of whether any acts prohibited by the statute affect the consideration or validity of the obligation sued upon is not before us on this appeal, and we express no opinion thereon.

CARMODY, C. J., and CHAVEZ, J., concur.